UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 7:11-CR-8-1BR

| | | |
|---|---|---|
| **United States Of America** | ) | **JUDGMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Javob James Harrison, Jr.** | ) | |
| | ) | |

On September 6, 2011, Javob James Harrison, Jr., appeared before the Honorable W. Earl Britt, Senior U.S. District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Conspiracy to Distribute and Possess with Intent to Distribute 28 Grams or More of Cocaine Base (Crack) and a Quantity of Cocaine, in violation of 21 U.S.C. § 846, was sentenced to the custody of the Bureau of Prisons for a term of 42 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 5 years upon release from imprisonment. Javob James Harrison, Jr., was released from custody and the term of supervised release commenced on November 28, 2014.

From evidence presented at the revocation hearing on September 13, 2017, the court finds as a fact that Javob James Harrison, Jr., who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct.
2. Using a controlled substance.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 1 day (to be released today at 4:30pm). It is further ordered that the defendant be placed on a term of 24 months of supervised release upon release from imprisonment under the previously imposed conditions of supervision adopted by this court and the following additional condition:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 14th day of September, 2017.

W. Earl Britt
Senior U.S. District Judge