UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Javob James Harrison, Jr.**                                    **Docket No. 7:11-CR-8-1BR**

**Petition for Action on Supervised Release**

COMES NOW Michael W. Dilda, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Javob James Harrison, Jr., who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess with Intent to Distribute 28 Grams or More of Cocaine Base (Crack) and a Quantity of Cocaine, in violation of 21 U.S.C. § 846, was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on September 6, 2011, to the custody of the Bureau of Prisons for a term of 42 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

Javob James Harrison, Jr., was released from custody on November 28, 2014, at which time the term of supervised release commenced. On June 21, 2017, a Motion for Revocation on Offender Under Supervised Release was filed that revealed the defendant committed new misdemeanor charges of Possess Marijuana up to ½ Ounce, Possess Marijuana Paraphernalia, and Child Abuse (17CR52627) in Onslow County, North Carolina, and he tested positive for marijuana on April 27, 2017. On September 13, 2017, the term of supervised release was revoked and the defendant was imprisoned for a period of 1 day custody, to be followed by 24 months of supervised release. Harrison was ordered to adhere to a curfew not to exceed 60 consecutive days via Location Monitoring with Radio Frequency. The defendant successfully completed the program on November 20, 2017.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 17, 2017, Harrison was arrested for misdemeanor charges of Assault on a Child Under 12 and Injury to Personal Property (17CR55249) in Wayne County, North Carolina, that occurred on November 15, 2017. The defendant, who was subsequently released under a $1,000 unsecured bond, immediately reported the incident to the probation officer. Harrison admitted that he was involved in an argument with his girlfriend when he caused minor damage to the side mirror of her vehicle; however, Harrison denied slapping her child, as alleged in the warrant. The charges are pending disposition. As a sanction for this violation conduct, completion of 60 days of Location Monitoring with curfew is recommended. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Michael W. Dilda<br>Michael W. Dilda<br>U.S. Probation Officer<br>201 South Evans Street, Rm 214<br>Greenville, NC 27858-1137<br>Phone: 252-830-2342<br>Executed On: November 29, 2017 |

**ORDER OF THE COURT**

Considered and ordered this \_\_\_4\_\_\_ day of \_\_\_December\_\_\_, 2017, and ordered filed and made a part of the records in the above case.

_____
W. Earl Britt
Senior U.S. District Judge