UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:11-CR-00008-BR

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| JAVOB JAMES HARRISON, JR. | |

The matter is before the court on defendant's unopposed motion to continue the supervised release hearing and to consolidate this case with the related case pending against defendant, Case No. 7:18-CR-70-BR. For good cause shown, the motion is ALLOWED. The supervised release hearing is CONTINUED to the sentencing hearing, if any, in the related criminal case.

This 9 May 2018.

_____
W. Earl Britt
Senior U.S. District Judge